UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID S. HERNANDEZ, *et al*, § § Plaintiffs, § VS. § BARRINGER-KNOLL COMMUNITY § ASSOCIATION, INC., *et al*, § § Defendants. § | CIVIL ACTION NO. 4:15-CV-2165 |

## ORDER OF DISMISSAL

The parties in the above styled and numbered cause of action have filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that all claims asserted by David S. Hernandez's and William L. Comstock's against Barringer-Knoll Community Association, Inc. and S. John Wilkins, III are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

It is so ORDERED.

SIGNED on this 16th day of March, 2016.

Kenneth M. Hoyt
United States District Judge